# Order

Michigan Supreme Court
Lansing, Michigan

March 7, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152930 & (12)(13)(14)(15)(16)(23)(24)(25)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

JOHN GUZMAN,
     Defendant-Appellant.

SC: 152930
COA: 329709
St. Clair CC: 03-002285-FH

_____/

On order of the Court, the motion to add a new issue and the motion to amend that motion are GRANTED. The application for leave to appeal the November 25, 2015 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G). The motion for appointment of counsel, motion for peremptory reversal, motions to remand, and motion to consolidate cases are DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 7, 2017



a0227

Clerk